IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDSAY L. D.,

    Plaintiff,

                                              Civil No. 2:24-CV-10814

v.

MARTIN O'MALLEY,                   MAGISTRATE JUDGE ALTMAN
COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                                            s/Kimberly G. Altman
                                                            KIMBERLY G. ALTMAN
Date: August 8, 2024                          United States Magistrate Judge